423 A.2d 1327

Commonwealth ex rel. Hughes v. Kegel.

Appeal of Hughes.

Commonwealth ex rel. Hughes v. Kegel, Appellant.

Submitted June 29, 1979.  F. L. Guiliano, for appellant at No. 1461 and appellee at No. 1565.  Howard Farber, for appellant at No. 1565 and appellee at No. 1461.

Before PRICE, GATES and DOWLING, JJ.*

Order affirmed.